LENA F. ROBINOWITZ, Appellant, *v.* THE CITY OF WHITE PLAINS, Respondent.

(Submitted December 13, 1935; decided January 8, 1936.)

*Henry E. Stohldreier* and *Walter W. Westall* for appellant.

*William R. Condit,* Corporation Counsel (*Samuel Faile* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.